NIAGARA LOUNGE, INC., Plaintiff-Appellant, *v.* THE LICENSE APPEAL COMMISSION OF THE CITY OF CHICAGO *et al.,* Defendants-Appellees.

(No. 57442;

First District (2nd Division)—May 29, 1973.

*Rehearing denied July 10, 1973.*

PER CURIAM.

DOWNING, J., took no part.

Gerald B. Mullin, of Chicago, for appellant.

Richard L. Curry, Corporation Counsel, of Chicago, for appellees.